■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN C. DELMARLE, Appellant. (Appeal No. 2.) [769 NYS2d 441]— Appeal from an order of Monroe County Court (Connell, J.), entered August 7, 2001, which determined that defendant is required to register as a sex offender in New York State.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.